Satoko Parlante
1920 Windview ct.
Reno, NV 89523

```
FILED          ✓ RECEIVED
ENTERED          SERVED ON
           COUNSEL/PARTIES OF RECORD

JUL - 6 2009

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY:                         DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3:09-cv-00350

| | |
|---|---|
| SATOKO PARLANTE, | ) Case No.: |
| | ) |
| Plaintiff | ) **PLAINTIFF'S INTIAL COMPLAINT** |
| | ) **AND DEMAND FOR JURY TRIAL** |
| vs. | ) |
| | ) |
| CHASE HOME FINANCE | ) |
| FEDERAL NATIONAL MORTGAGE | ) |
| ASSOCIATION | ) |
| And DOES I through 10; Et al., | ) |
| Defendants | ) |

## INITIAL COMPLAINT

Comes now Plaintiff Satoko Parlante with her initial complaint for damages and demand for jury trial.

### JURIDICTIONAL ALLEGATIONS

1.) Plaintiff Satoko Parlante is a resident of the City of Reno, County of Washoe, State of Nevada.

2.) On information and belief Plaintiff states that Defendant Chase Home Finance is a resident of the State of Arizona

3.) Defendant Federal National Mortgage Association is a resident of the state of California.

This complaint is properly filed in the United States District Court District of Nevada based on Diversity Jurisdiction where damages suffered exceed $75,000 and

Initial Complaint Chase-Fred Mac - 1

plaintiff claims a total of $100,500 in damages broken down as $75,000 of down payment as well as $11,000 in principle reduction and an additional $14,500 in improvements totaling $100,500 to the property known as 1920 Windview Ave Reno, NV 89523 was lost due to an unnecessary foreclosure initiated by the enticement of defendant Federal National Mortgage Association in conjunction with defendant Chase Home Finance in violation of 15 USC section 1601.

In addition this court has original jurisdiction as well due to violation of the Truth in Lending Act hereinafter TILA codified in 15 U.S.C. section 1601.

## GENERAL ALLEGATIONS

1.) Defendant Chase Home Finance improperly reset the mortgage terms in 2008 for a loan on the property known as 1920 Windview Ct, Reno Nevada 89523 due to an enticement by Federal National Mortgage Association in 2008.

2.) Defendant Chase Home Finance received in excess of $999.00 to reset aforementioned mortgage from Federal National Mortgage Association in 2008.

3.) Defendant Federal National Mortgage Association paid Defendant Chase Home Finance in excess of $999 in 2008 to reset aforementioned mortgage on 1920 Windview Ct.

4.) Defendant Chase Home Finance violated the terms of 15 U.S.C. section 1601 because it had knowledge of Plaintiff's income of approximately $4000 per month earned by plaintiff and knew that requiring a monthly payment in excess of $4000 is egregious behavior on the part of lender.

5.) Defendant Chase Home Finance violated the terms of 15 U.S.C. section 1601 by failing to disclose necessary terms to the borrower and by demanding a

monthly payment that was in excess of the $4000 per month earned by plaintiff.

6.) Defendant Chase Home Finance improperly foreclosed upon property known as 1920 Windview Ct. without proper notice as required by law.

7.) Defendant Chase Home Finance knew that by making the monthly payments for aforementioned loan exceed the monthly income of borrower it would likely end in a foreclosure and defendant Chase Home Finance knew that it would be bought by defendant Federal National Mortgage Association.

8.) Defendant Federal National Mortgage Association bought at auction the property known as 1920 Windview Ct for a price that exceeded the market value of said property by more than $100,000.00

9.) That the injuries sustained by Plaintiff as a result of the intentional tort and civil conspiracy of Defendants were proximately caused by defendants Defendant Chase Home Finance and Federal National Mortgage Association, individually and Does 1 to 10 inclusively.

**PRIVACY STATEMENT**

This document does not contain any Social Security numbers of any individuals.

**WHEREFORE PLAINTIFF PRAYS FOR THE FOLLOWING FOR RELIEF**

A. That Plaintiff Satoko Parlante be awarded appropriate compensatory damages;

B. That Plaintiff Satoko Parlante demands restoration of her original loan and proper title to her resident with the original mortgage terms or terms which this court shall set. Plaintiff demands that her compensation; which is the total equivalent to the principle reduction, down payment and improvements to

1920 Windview Ct. be paid by defendants if the property is not returned to her possession.

C. That Plaintiff Satoko Parlante be awarded such other further relief as the Court deems proper. Plaintiff claims judgment against Defendants in an amount in excess of $75,000.00 in actual, compensatory, and exemplary damages together with attorney's fees, court costs, and other costs as provided by law.

Satoko Parlante, being duly sworn, states that she knows the contents of the foregoing Complaint and that she knows the contents thereof are true, except those matters therein stated on information and belief, and as to those matters she believes are true.

*[signature]*

Plaintiff

Satoko Parlante

Sworn and subscribed before me this 6th day of July 2009.

*[signature]*

Renee Davis

Notary Public, Washoe County,

State of Nevada

My commission Expires

Oct 20, 2012

If called as a witness I could and would competently testify to all of the foregoing of my own personal knowledge. I declare under penalty of perjury under the laws of the

State of Nevada that the foregoing is true and correct and that this declaration was executed on July 6, 2009 at Reno, Nevada.

**FOR ALL CAUSES OF ACTION**

A Jury trial is demanded

For any and all attorney's fee.

For costs of suit. For prejudgment interest

For any other relief that this court may be just and proper.

**DEMAND FOR A JURY TRIAL**

Plaintiff demands a jury trial.

Date: July 6, 2009

                            Respectfully submitted

                            /s/     Satoko Parlante

                            Plaintiff in Pro Per